# EXHIBIT D.6

**CHUBB®**  **Chubb Commercial Excess And Umbrella Insurance**

*Premium Bill*

| | |
|---|---|
| **Policy Period** | MARCH 8, 2019   **To**   OCTOBER 14, 2020 |
| **Effective Date** | SEPTEMBER 30, 2020 |
| **Policy Number** | 7818-77-14 |
| **Insured** | KPM ANALYTICS US HOLDING, INC. |
| **Name of Company** | FEDERAL INSURANCE COMPANY |
| **Date Issued** | October 10, 2020 |
| **Producer** | ARTHUR J GALLAGHER RISK MANAGEMENT SERVICES INC |

**THIS BILLING IS TO BE ATTACHED TO AND FORM A PART OF THE POLICY**

PLEASE SEND PAYMENT DIRECTLY TO CHUBB, IF APPLICABLE

| *Coverage* | *Premium* |
|---|---|
| Additional Premium. | ███ |
| COMMERCIAL UMBRELLA POLICY PERIOD EXTENDED | |
| **Total** | ███ |

**Portion of total premium attributable for Terrorism and statutory standard fire where applicable is:**
███

**CHUBB®**  **Chubb Commercial Excess And Umbrella Insurance**

Schedule Of Forms

| | |
|---|---|
| Policy Period | MARCH 8, 2019   To   OCTOBER 14, 2020 |
| Effective Date | SEPTEMBER 30, 2020 |
| Policy Number | 7818-77-14 |
| Insured | KPM ANALYTICS US HOLDING, INC. |
| Name of Company | FEDERAL INSURANCE COMPANY |
| Date Issued | October 10, 2020 |

Form Number

*As of the effective date printed above, this is the Schedule Of Forms applicable to this policy:*

| | | |
|---|---|---|
| PREMIUM BILL | 07-10-0542 | (10/06) |
| PREMIUM BILL | 07-10-0542I | (10/06) |
| POLICY PERIOD/AP | 07-02-1239 | (07/01) |

Case 4:24-cv-12507-MRG   Document 1-11   Filed 10/01/24   Page 5 of 7

**CHUBB®** ***Chubb Commercial Excess And Umbrella Insurance***

*Endorsement*

| | |
|---|---|
| *Policy Period* | MARCH 8, 2019    *To*   OCTOBER 14, 2020 |
| *Effective Date* | SEPTEMBER 30, 2020 |
| *Policy Number* | 7818-77-14 |
| *Insured* | KPM ANALYTICS US HOLDING, INC. |
| *Name of Company* | FEDERAL INSURANCE COMPANY |
| *Date Issued* | October 10, 2020 |

*Declarations*
*Policy Period - AP*

Subject to the Limits Of Insurance section of the policy, in consideration of an additional premium of $269.00, it is hereby agreed that the policy period set forth in the Declarations is extended as follows:

**Policy Period**

From:   MARCH 8, 2019         To:   OCTOBER 14, 2020

All other terms and conditions remain unchanged.

_____
Authorized Representative
October 10, 2020